IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACUMED LLC and SURGICAL RESOURCES OF PENNSYLVANIA INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-2711 |
| | : | |
| ADVANCED SURGICAL SERVICES, INC., ROBERT C. MORRIS | : | |

**ORDER**

And now this 20th day of March, 2007, Defendants Advanced Surgical Services Inc. and Robert Morris are ORDERED to deliver to Plaintiffs Acumed LLC and Surgical Resources of Pennsylvania Inc. by noon on March 22, 2007, the following documents:

1. All federal and state income tax returns from years 2003 to the present;

2. All profit and loss and income statements from January 2005 to present;

3. All bank and brokerage statements from January 2005 to the present;

4. All balance statements and balance sheets from January 2005 to the present;

5. All documents relating to or reflecting any asset(s) owned by Advanced Surgical Services Inc., and/or Robert Morris from January 2005 to the present and/or the value or amount of such assets;

6. All documents relating to or reflecting any liabilities of Advanced Surgical Services Inc., and/or Robert Morris from January 2005 to the present and/or the amount thereof;

7. All accounts payable and accounts receivable statements from January 2005 to the present;

8. All loan applications from January 2005 to the present and;

9. All other documents relating to or reflecting the net worth of Advanced Surgical Services Inc., and/or Robert Morris from January 2005 to the present, including all documents from which one is able to calculate or compute the net worth of Advanced Surgical Services Inc. and/or Robert Morris.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez          J.